IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Beverly Barnhorst,                          :
                                            :
            Plaintiff(s),                   :
                                            :    Case Number: 1:10cv526
      vs.                                   :
                                            :    Chief Judge Susan J. Dlott
Commissioner of Social Security,            :
                                            :
            Defendant(s).                   :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Karen L. Litkovitz filed on September 16, 2014 (Doc. 30), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired October 3, 2014, hereby

ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion for attorney fees by plaintiff's counsel is **GRANTED** and

counsel is **AWARDED** $6,500.00 as her fee in this case.

IT IS SO ORDERED.


            ___s/Susan J. Dlott_____
            Chief Judge Susan J. Dlott
            United States District Court